**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Philip C. Johnson** | : | Case No. 16−20814−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Per July 14, 2016 proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **14th day of July, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                  Jeffery A. Deller
                                                  United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Philip C. Johnson  
    Debtor

Case No. 16-20814-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lmar     Page 1 of 2     Date Rcvd: Jul 14, 2016  
                   Form ID: 309     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.

```
db              +Philip C. Johnson,   1202 Toman Avenue,   Clairton, PA 15025-1160
aty             +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                  Philadelphia, PA 19106-1541
cr              +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
                  Pittsburgh, PA 15212-5861
14192098        +Allaince Cardiology Group,   2600 Ardmore Boulevard,   Pittsburgh, PA 15221-5208
14192100        +Alyk Oflazian, Esquire,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14192102        +Central Cardiovascular Assoc.,   1350 Locust St.,   Suite 100,   Pittsburgh, PA 15219-4738
14192105        +Citizens Bank,   443 Jefferson Boulevard,   Warwick, RI 02886-1321
14192106         Dr. Mostoufizadeh, MC, PC,   P.O. Box 9078,   Pittsburgh, PA 15224-0078
14192107         Duquesne Light Company,   c/o Peter J. Ashcroft, Esq.,   Berstein-Burkley,
                  Suite 2200, Gulf Tower, 707 Grant Street,   Pittsburgh, PA 15219
14192108         Emergency Physician's of Pittsburgh, LTD,   P.O. Box 347277,   Pittsburgh, PA 15251-4277
14192110        +Foundation Radiology Group,   75 Remittance Drive,   Dept 3310,   Chicago, IL 60675-3310
14192111        +Gateway Foot & Ankle,   1200 Brooks Lane,   Suite 160,   Clairton, PA 15025-3759
14192113        +Jefferson Regional Medical Center,   P.O. Box 18119,   Pittsburgh, PA 15236-0119
14192112        +Jefferson Regional Medical Center,   & Allegheny Health Network,   565 Coal Valley Road,
                  Clairton, PA 15025-3703
14192114        +Kenneth Lentz MD,   520 E. Main Street,   Carnegie, PA 15106-2051
14192115        +Medical Center Clinic,   247 Morewood Avenue,   Pittsburgh, PA 15213-1861
14192116        +Omnicare Pharmacies of Pennsylvania West,   201 E. Fourth Street,   Cincinnati, OH 45202-1513
14192120        +PNC Bank,   1 Financial Parkway,   Kalamazoo, MI 49009-8002
14192119         PNC Bank,   Attn: Bankruptcy Department,   3232 Newmark Drive,   Dayton, OH 45432
14192117        +Pennsylvania America Water Company,   P.O. Box 578,   Alton, IL 62002-0578
14192118        +Peoples Natural Gas Company,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
14192121        +Progressive Insurance,   P.O. Box 7247-0311,   Philadelphia, PA 19170-0001
14192122        +South Hills Gastro Assoc.,   P.O. Box 615,   Connellsville, PA 15425-0615
14192123         South Pittsburgh Anesthesia,   1699 Washington Road,   Suite 307,   Pittsburgh, PA 15228-1629
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14192101        +EDI: CINGMIDLAND.COM Jul 15 2016 00:53:00      AT&T Mobility,   c/o AT&T Services Inc.,
                  1 AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
14192099         EDI: GMACFS.COM Jul 15 2016 00:53:00      Ally Financial,   P.O. Box 130424,
                  Saint Paul, MN 55113-0004
14210832         EDI: GMACFS.COM Jul 15 2016 00:53:00      Ally Financial,   PO Box 130424,
                  Roseville MN 55113-0004
14192104         EDI: CITICORP.COM Jul 15 2016 00:53:00      Citibank,   P.O. Box 20507,   Kansas City, MO 64195
14192103        +EDI: CHASE.COM Jul 15 2016 00:53:00      Chase Bank,   P.O. Box 15298,
                  Wilmington, DE 19850-5298
14192109        +EDI: BLUESTEM.COM Jul 15 2016 00:53:00      Fingerhut,   c/o Webbank,   6250 Ridgewood Road,
                  Saint Cloud, MN 56303-0820
14208048         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2016 00:59:45
                  Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
                  Harrisburg PA  17128-0946
14192124        +EDI: VERIZONWIRE.COM Jul 15 2016 00:53:00      Verizon,   P.O. Box 3397,
                  Bloomington, IL 61702-3397
14192125        +EDI: VERIZONWIRE.COM Jul 15 2016 00:53:00      Verizon Wireless,   P.O. Box 3397,
                  Bloomington, IL 61702-3397
                                                                                                TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
cr               PNC BANK, NATIONAL ASSOCIATION et al...
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                        Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: lmar              Page 2 of 2              Date Rcvd: Jul 14, 2016
                              Form ID: 309            Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Philip C. Johnson julie.steidl@steidl-steinberg.com,
               npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;aste
               idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```