**Form 225**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Philip C. Johnson**
   Debtor(s)

Bankruptcy Case No.: 16−20814−JAD
Related to Doc. # 26
Chapter: 13
Docket No.: 27

## ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: July 15, 2016

                                            Jeffery A. Deller
                                            United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania

In re:                                                        Case No. 16-20814-JAD
Philip C. Johnson                                             Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2        User: msch              Page 1 of 2              Date Rcvd: Jul 15, 2016
                            Form ID: 225            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db             +Philip C. Johnson,    1202 Toman Avenue,    Clairton, PA 15025-1160
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14192098       +Allaince Cardiology Group,    2600 Ardmore Boulevard,    Pittsburgh, PA 15221-5208
14192100       +Alyk Oflazian, Esquire,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14192102       +Central Cardiovascular Assoc.,    1350 Locust St.,    Suite 100,    Pittsburgh, PA 15219-4738
14192105       +Citizens Bank,    443 Jefferson Boulevard,    Warwick, RI 02886-1321
14192106        Dr. Mostoufizadeh, MC, PC,    P.O. Box 9078,    Pittsburgh, PA 15224-0078
14192107        Duquesne Light Company,    c/o Peter J. Ashcroft, Esq.,    Berstein-Burkley,
                 Suite 2200, Gulf Tower, 707 Grant Street,    Pittsburgh, PA 15219
14192108        Emergency Physician's of Pittsburgh, LTD,    P.O. Box 347277,    Pittsburgh, PA 15251-4277
14192110       +Foundation Radiology Group,    75 Remittance Drive,    Dept 3310,    Chicago, IL 60675-3310
14192111       +Gateway Foot & Ankle,    1200 Brooks Lane,    Suite 160,    Clairton, PA 15025-3759
14192113       +Jefferson Regional Medical Center,    P.O. Box 18119,    Pittsburgh, PA 15236-0119
14192112       +Jefferson Regional Medical Center,    & Allegheny Health Network,    565 Coal Valley Road,
                 Clairton, PA 15025-3703
14192114       +Kenneth Lentz MD,    520 E. Main Street,    Carnegie, PA 15106-2051
14192115       +Medical Center Clinic,    247 Morewood Avenue,    Pittsburgh, PA 15213-1861
14192116       +Omnicare Pharmacies of Pennsylvania West,     201 E. Fourth Street,    Cincinnati, OH 45202-1513
14192120       +PNC Bank,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
14192119        PNC Bank,    Attn: Bankruptcy Department,    3232 Newmark Drive,    Dayton, OH 45432
14192117       +Pennsylvania America Water Company,    P.O. Box 578,    Alton, IL 62002-0578
14192118       +Peoples Natural Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14192121       +Progressive Insurance,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0001
14192122       +South Hills Gastro Assoc.,    P.O. Box 615,    Connellsville, PA 15425-0615
14192123        South Pittsburgh Anesthesia,    1699 Washington Road,    Suite 307,    Pittsburgh, PA 15228-1629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14192101       +EDI: CINGMIDLAND.COM Jul 16 2016 00:33:00      AT&T Mobility,    c/o AT&T Services Inc.,
                 1 AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
14192099        EDI: GMACFS.COM Jul 16 2016 00:33:00      Ally Financial,    P.O. Box 130424,
                 Saint Paul, MN 55113-0004
14210832        EDI: GMACFS.COM Jul 16 2016 00:33:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14192104        EDI: CITICORP.COM Jul 16 2016 00:33:00      Citibank,    P.O. Box 20507,    Kansas City, MO 64195
14192103       +EDI: CHASE.COM Jul 16 2016 00:33:00      Chase Bank,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
14192109       +EDI: BLUESTEM.COM Jul 16 2016 00:33:00      Fingerhut,    c/o Webbank,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
14208048        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2016 00:48:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
14192124       +EDI: VERIZONWIRE.COM Jul 16 2016 00:33:00      Verizon,    P.O. Box 3397,
                 Bloomington, IL 61702-3397
14192125       +EDI: VERIZONWIRE.COM Jul 16 2016 00:33:00      Verizon Wireless,    P.O. Box 3397,
                 Bloomington, IL 61702-3397
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             PNC BANK, NATIONAL ASSOCIATION et al...
                                                                                      TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: msch                    Page 2 of 2            Date Rcvd: Jul 15, 2016
                              Form ID: 225                  Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Philip C. Johnson julie.steidl@steidl-steinberg.com,
               npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
               idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```